**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Edward B. ROBINETTE.**

**No. 5283.**

Circuit Court of Appeals, Third Circuit.
Dec. 3, 1934.

Norman Keller, of Washington, D. C., Frank J. Wideman, Asst. Atty. Gen., Sewall Key and S. E. Blackham, Sp. Assts. to Atty. Gen., for petitioner.

Alfred S. Weill, of Philadelphia, Pa., and Hugh Satterlee, of Washington, D. C. (Weill, Blakely & Nesbit and Weill, Satterlee, Blakely & Green, all of Philadelphia, Pa., of counsel), for respondent.

Before DAVIS and THOMPSON, Circuit Judges, and FAKE, District Judge.

PER CURIAM.

The issue presented in this case is identical with that presented in Helvering, Commissioner of Internal Revenue, v. Bliss (Helvering, Commissioner of Internal Revenue, v. Harbison), 55 S. Ct. 17, 79 L. Ed. ——, opinion filed by the Supreme Court on November 5, 1934. Upon authority of those cases, the decision of the Board of Tax Appeals is affirmed.